UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JUAN CHIC TZOY, et al, | ) | |
| | ) | |
| Petitioners | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 2:26-cv-00067-SDN |
| | ) | |
| DERRICK STAMPER, et al, | ) | |
| | ) | |
| Respondents | ) | |

## JUDGMENT

Pursuant to the Order Granting Petition For Writ of Habeas Corpus entered by U.S. District Judge Stacey D. Neumann, on February 7, 2026; and the Supplemental Status Report filed by the Respondents on April 7, 2026.

The Petition for Writ of Habeas Corpus is Granted.

Jennifer P. Lyons, Clerk

By: /s/Michelle Thibodeau
Deputy Clerk

Dated: April 10, 2026